

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-25-00132-CV

---

BURNS SURVEYING, LLC, Appellant

V.

DJ GARRETT, LLC, Appellee

---

On Appeal from the 336th District Court
Fannin County, Texas
Trial Court No. CV-24-46771

---

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

The parties have filed a joint notice of resolution of claims and motion to dismiss stating that they have settled their disputes and are seeking a voluntary dismissal of this appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, we grant their motion to dismiss. *See* TEX. R. APP. P. 42.1(a)(1).

Accordingly, we dismiss this appeal.

Charles van Cleef
Justice

Date Submitted:     April 16, 2026
Date Decided:     April 17, 2026